IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SONYA ABERCROMBIE**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:13-CV-1038-L** |
| | § | |
| **BANK OF AMERICA, N.A.,** *et al.*, | § | |
| | § | |
| Defendant. | § | |

### ORDER

This mortgage foreclosure case was referred for pretrial management to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on June 25, 2013, recommending that the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections to the Report were filed. After carefully reviewing the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action for failure to prosecute.

**It is so ordered** this 16th day of July, 2013.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order - Solo Page